IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

AP No. 13-cv-03043-BNB

In re: COY LEE MILLER,

Debtor/Appellant.

SSN: xxx-xx-2239

---

**ORDER**

---

This action was drawn to me directly under the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges (the "Pilot Program"). Part C of the Pilot Program provides in relevant part:

> Unless otherwise ordered, the parties must complete and file the Consent Form at the earlier of (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of a first response, other than an answer, to the operative complaint. Filing the Consent Form is mandatory, indicating either the unanimous consent of the parties or that consent has been declined.

Neither of the triggers for the filing of the Consent Form is applicable to this action.

IT IS ORDERED that the Debtor/Appellant shall file the Consent Form on or before **March 13, 2014**, indicating either the unanimous consent of the parties or that consent has been declined.

Dated February 27, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge