**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

AP No. 1:13-cv-03043-REB

IN RE:                                            Bankrutpcy Case No. 09-12146 ABC
                                                  Chapter 13
COY LEE MILLER,

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER AFFIRMING ORDER OF THE UNITED STATES BANKRUPTCY COURT** [Dkt. No. 15] of Judge Robert E. Blackburn entered on September 23, 2014 it is

ORDERED the October 23, 2013, order of dismissal [#7-1], CM/ECF pp. 107 - 109, entered by the United States Bankruptcy Court for the District of Colorado is **AFFIRMED**.

Dated at Denver, Colorado this 30th day of October, 2014.

                                                  FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                          By:  s/   A. Lowe

                                                  A. Lowe
                                                  Deputy Clerk